## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMILY SUZANNE AZBELL,

       *Plaintiff,*

   v.

ANDREW SAUL,
Commissioner of Social Security

       *Defendant.*

CIVIL ACTION
NO. 19-01658

### ORDER

**AND NOW**, this 24th day of April 2020, upon consideration of the administrative record (ECF No. 10), Azbell's Request for Review (ECF No. 14), Magistrate Judge Hart's Report & Recommendation (ECF No. 18), Emily Suzanne Azbell's Objections (ECF No. 19) and the Commissioner's Response (ECF No. 23), it is **ORDERED** that:

1) Azbell's Objections are **OVERRULED**;

2) Magistrate Judge Hart's Report & Recommendation is **APPROVED**;

3) Azbell's Request for Review is **DENIED**;

4) Judgement is **ENTERED** for the Commissioner; and

5) The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.